# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
GERAGOS@GERAGOS.COM

BEN MEISELAS SBN 277412
ben@geragos.com

## ZUMPANO PATRICIOS & POPOK PLLC

MICHAEL S. POPOK (NY) 2475226
mpopok@zplaw.com
(*Pro Hac Vice* Motion Pending)
417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 542-2564
Facsimile: (212) 320-0332

*Attorneys for Plaintiff,*
MEIDASTOUCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIDASTOUCH, a political action committee,<br><br>Plaintiff,<br><br>vs.<br><br>MARJORIE TAYLOR GREENE, an individual,<br><br>Defendant. | **CIVIL CASE NO.:**<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND MONEY DAMAGES** |

## INTRODUCTION

1. Plaintiff MeidasTouch, in connection with its political action committee work, operates one of the leading websites and social media platforms dedicated to vigorous political commentary and criticism, including of individual elected officials. This requires MeidasTouch to monitor and comment on the social media "feeds" of elected officials, such as those posted on Twitter and FaceBook.

2. Defendant United States Representative Marjorie Taylor Greene ("Greene"), obviously perturbed by MeidasTouch's criticism of her antidemocratic political views[1], and her enthusiastic involvement in and support of the January 6th Insurrection that led to the attack on the Nation's Capitol, has retaliated and suppressed dissent by excluding -- or blocking -- MeidasTouch from access to the Twitter account (@mtgreeenee)[2] she primarily uses to post her views since being elected to Congress, her *de facto* "official" Twitter account.

3. This same practice of an elected official "blocking" views on Twitter she deems unpopular or critical has been litigated concerning then-President Trump's conduct, and found to be unconstitutional. Likewise here, MeidasTouch's First Amendment rights have been violated by Greene.

---

[1] Among Greene's Q-Anon-based beliefs, as reported by her on her @mtgreenee Twitter account and in interviews with right-wing and fringe media, are: (a) that the 9-11 attack on the World Trade Center, and the school shootings and mass murders that occurred at Sandy Hook Elementary School and Marjory Stoneman Douglas High School were "false flag" events and/or hoaxes; that the Clintons had JFK Jr. killed; and the latest, that the devastating Camp Wildfire in California was intentionally started by a secret "space laser" controlled by a Jewish banking family. *See "Ms Greene is Beyond the Pale,"* https://www.nytimes.com/2021/01/31/opinion/marjorie-taylor-greene-gop.html; *see also* https://www.cnn.com/2021/02/01/politics/mcconnell-marjorie-taylor-greene-cancer-republican-party/index.html.

[2] Although Greene established a new Twitter account with the handle @RepMTG after her election, it has less than a third of the followers of her main account, and she barely and irregularly "tweets" from it. Instead, she uses @mtgreenee to promote her views, communicate with her followers, and even fundraiser. Even a cursory review of the two accounts reveals that while Greene tweets extensively on a daily basis from @mtgreenee, she barely tweets at all from @RepMTG. For example, on February 2, 2021 alone Greene "tweeted" more than 30 times from @mtgreeenee, including to raise hundreds of thousands of dollars from her followers, *but she "tweeted" just once from her alleged "official " account, @RepMTG*.

4. Now that the citizens of Georgia's 14th Congressional District have seen fit to send Greene to Congress, the manner in which Greene uses the @mtgreenee[3] Twitter account, where she shares her official positions as a member of Congress and news about her Congressional office and conducts fundraising drives from the electorate, renders it a public forum for speech and part of the "public square" for the exchange of ideas that MeidasTouch is entitled to participate in as part of its engagement with its almost 580,000 Twitter followers and the millions who view its work of political criticism across all of its social media channels, podcasts, and website.

5. Greene's tweets on @mtgreenee generate tens of thousands of comments from other citizens, and regularly makes news, demonstrating the existence of a dynamic public forum that she has excluded MeidasTouch from because of its views.

6. As a further example that even Twitter itself considers @mtgreenee to be Greene's primary account and public forum rather than @RepMTG, when it decided that Greene had violated its posting rules by tweeting Q-Anon conspiracy theories following the January 6th Insurrection, Twitter suspended only her @mtgreenee account. *See* https://www.npr.org/sections/insurrection-at-the-capitol/2021/01/17/957891462/twitter-suspends-rep-marjorie-taylor-greene-s-account-temporarily.

7. MeidasTouch has a constitutional right to access Greene's @mtgreenee Twitter account as part of vigorous public comment and criticism. Greene's practice of blocking Twitter users she disagrees with is unconstitutional and this suit seeks to redress that wrong.

8. As the Supreme Court observed just a few years ago, social media platforms such as Twitter and Facebook provide "perhaps the most powerful mechanisms available to a private citizen to make his or her voice heard" and is in effect, a "vast democratic forum." *Packingham v. North Carolina*, 137 S. Ct. 1730, 1737 (2017). As demonstrated by Greene's thousands of tweets and more than 320,000 followers on her @mtgreenee account, Twitter and social media empowers her to

---

[3] Reinforcing that @mtgreenee is Greene's main Twitter account even after her election, the page declares that she is "**Congresswoman for Georgia's 14th *CD***. Christian, Wife, Mom, Small Business Owner, Proud American, 100% Pro-Life, Pro-Gun, Pro-Trump #MAGA Likes =/= endorsements.". (Emphasis added).

"become a town crier with a voice that resonates farther than it could from any soapbox." *Reno v. American Civil Liberties Union*, 521 U.S. 844, 870 (1997).  MeidasTouch has a constitutional right to hear that "voice" and

9. Social media platforms such as Twitter have revolutionized civic engagement in our participatory democracy.  Not be outdone, "[g]overnors in all 50 States and almost every Member of Congress have set up [Twitter] accounts" for civic engagement and political discourse, allowing citizens to "petition their elected representatives and otherwise engage with them in a direct manner," *Packingham,* 137 S. Ct. at 1735.

10. Greene regularly uses her Twitter account to criticize her political opponents, to complain about purported "oppression"  inflicted on her, and to spout various debunked, dangerous and undemocratic conspiracy theories.   Demonstrating a thin skin that she is no longer entitled to possess as a member of Congress, Greene "blocks" others such as Plaintiff when they have the temerity to criticize her.

11. The irony is apparently lost on Greene that while she has taken up the mantle against what she calls the "cancel culture" that she claims has "censored[4]" her and somehow silenced her voice, she simultaneously "cancels" and silences anyone, like Plaintiff, who dares criticize her in the public square.   As the Second Circuit Court of Appeals recently recognized, when faced with a similar "blocking" case,  it is unconstitutional for a political figure to "engage in viewpoint discrimination by utilizing Twitter's 'blocking' function to limit certain users access to [a] social media account, which is otherwise open to the public at large, because [they] disagree with their speech." *Knight First Amendment Institute, et al., v. Donald J. Trump*, *et. al.*, No. 18-1691-cv, slip op. at 4 (2d Cir. 2019)). The tweet below is an example of Greene hypocritically complaining about being cancelled:

---

[4]  Ironically, Greene regularly sports a black "CENSORED" face mask since her election when addressing Congress or the media, when she wears a face mask at all.  Just this week, she was photographed wearing a "FIRST AMENDMENT" face mask.

4

> **Tweet**
>
> **Marjorie Taylor Greene** 🇺🇸 ✓
> @mtgreenee
>
> Fake News CNN is writing yet another hit piece on me focused on my time before running for political office.
>
> I will never back down to the enemy of the American people and neither should you.
>
> > Fake News CNN is writing yet another hit piece on me focused on my time before running for political office.
> >
> > Over the years, I've had teams of people manage my pages. Many posts have been liked. Many posts have been shared. Some did not represent my views.
> >
> > Especially the ones that CNN is about to spread across the internet.
> >
> > They are taking old Facebook posts from random users to try to cancel me and silence my voice.
> >
> > CNN hasn't once tried to cancel a Democrat. Even those who called for violence while in office.
> >
> > Here's the truth, the Democrats and their spokesmen in the Fake News Media will stop at nothing to defeat conservative Republicans.
> >
> > They are coming after me because I'm a threat to their goal of Socialism.
> >
> > They are coming after me because they know I represent the people, not the politicians.
> >
> > They are coming after me because, like President Trump, I will always defend our values.
> >
> > They want to take me out because I represent you. And they absolutely hate it.
> >
> > Prepare for the smears. Prepare for the attacks.
> >
> > I will never back down to the enemy of the American people and neither should you.
>
> 10:37 AM · Jan 26, 2021 · Twitter for iPhone

12. As part of the exercise of its First Amendment rights, Plaintiff MeidasTouch has regularly tweeted criticism of Greene. Her retaliatory response to MeidasTouch's valid viewpoint-based criticism was to block MeidasTouch from: (a) viewing her @mtgreenee Twitter account, (b)

5

replying to or "sharing" her Tweets, or (c) otherwise engaging with those members of the public who interact within the replies to her tweets.

13. Plaintiff respectfully requests that the Court declare that its exclusion from this public square violates the First Amendment, and order that MeidasTouch's access to Greene's Twitter account be immediately restored. In only that way can the Court reaffirm that Constitutional rights such as under the First Amendment are infrangible, and that if public officials are intent on clinging to unpatriotic and dangerous conspiracy theories that foment insurrections and violence, then the First Amendment gives other citizens the right to robustly criticize and expose them in the public square[5].

## JURISDICTION AND VENUE

14. This action arises under the Constitution and laws of the United States of America. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 2201-2202. Jurisdiction supporting Plaintiff's claim for attorney's fees and costs is conferred by the Equal Access to Justice Act, 28 U.S.C. § 2412 and 42 U.S.C. § 1988.

15. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b). All of the events which are alleged herein prevented MeidasTouch from exercising its First Amendment rights in California, MeidasTouch's principle place of business. Greene is a member of the United States Congress, and in that capacity engages her hundreds of thousands of Twitter followers, including those located in this District. She also obtains political contributions from followers in this District through her @mtgreenee Twitter account.

---

[5] Former President Trump's legal team put it this way in their answer brief filed on February 2, 2021 in the second Impeachment proceedings: "…the United States is unique on Earth in that its government documents, the Constitution and Bill of Rights, specifically and intentionally protect unpopular speech from government retaliation. If the First Amendment protected only speech the government deemed popular in current American culture, it would be no protection at all." As applied to Greene's viewpoint-based exclusion against MeidasTouch we could not agree more. *See* Former President Trump's Answer 4 to Article of Impeachment, pages 4 and 5 (https://www.cnn.com/2021/02/02/politics/trump-response-impeachment-article/index.html ).

**PARTIES**

16. Plaintiff MeidasTouch is a United States political action committee (PAC) which is based in and has its principle place of operations in Los Angeles, California that operates a hugely popular media platform, social media channels, and a website, and is dedicated to exposing and opposing anti-democratic politicians. MeidasTouch provides political criticism about public affairs of great importance, including concerning elected officials such as Greene. Plaintiff uses all channels of social media, including Twitter, to reach its audience and exercise its First Amendment rights. Its Twitter account uses the handle @MeidasTouch.

17. Defendant Greene is a citizen of the United States and a resident of the state of Georgia. Defendant is currently serving as the United States Representative for Georgia's Fourteenth Congressional District. She and her staff oversee and operate her Twitter account using the handle @mtgreenee. Defendant or her agents have blocked MeidasTouch from her @mtgreenee Twitter account.

**FACTUAL ALLEGATIONS**.

18. Twitter is a social media platform that currently has more than 340 million active users worldwide, including some 68 million in the United States. The platform allows users to publish short messages, to republish or respond to others' messages, and to interact with other Twitter users in relation to those messages.

19. A Twitter "user" is an individual who has created an account on the platform. A user can post "tweets " to a web page on Twitter that is attached to the user's account. Tweets can include photographs, videos, and links. Some Twitter users do not tweet (publish messages) at all. Others publish hundreds of messages a day. Collectively, Twitter users "tweet" more than 500 million tweets per day.

20. A twitter user adopts an account name, which is an @ symbol followed by a unique identifier (e.g. @mtgreenee), and a descriptive name (e.g. Marjorie Taylor Greene). The account name is called the user's "handle."

21. Elected officials (including Greene) regularly use Twitter to communicate with their constituents, who themselves use Twitter to connect directly and immediately with elected officials about the issues they are most passionate about.

22. Speech posted on Twitter ranges from personal insult to poetry, but particularly relevant here is that a significant amount of speech posted on the platform is political speech by, to, or about the United States Government and its elected officials.

23. A Twitter user's web page displays all tweets generated by the user, with the most recent tweets appearing at the top of the page. This display is known as a user's "timeline." When a user generates a tweet, the timeline updates immediately to include that tweet. Anyone who can view a user's public Twitter web page can see the user's timeline. Below is a screenshot of part of the recent timeline associated with the @mtgreenee account:



8

24. Alongside the handle, a user's webpage will display the date the user joined Twitter and a button that invites others to "Tweet to" the user. This button is visible only to other Twitter users. A user's Twitter webpage may also include the following:

    a. a short biographical description;

    b. a profile picture, such as a headshot;

    c. a "header" image, which appears as a banner at the top of the webpage;

    d. the user's location;

    e. a button labeled with an envelope symbol, which allows two users to correspond privately; and

    f. a small sample of photographs and videos posted to the user's timeline, which link to a full gallery.

25. An individual "tweet" comprises the tweeted content (this includes a message, including any embedded photograph, video, or link), the user's account name (with a link to the user's Twitter webpage), the user's profile picture, the date and time the tweet was generated, and the number of times the tweet has been replied to, retweeted by, or liked by other users.

26. A recent tweet from @mtgreenee looks like this:



27. By default, Twitter webpages and their associated timelines are visible to everyone with internet access, who are not blocked including those who are not Twitter users. However,

9

although non-users can view users' Twitter webpages, they cannot interact with users on the Twitter platform.

28. Because all Twitter webpages are by default visible to all Twitter users and to anyone with access to the internet, users who wish to limit who can see and interact with their tweets must affirmatively "protect" their tweets. Other users who wish to view "protected" tweets must request access from the user who has protected her tweets. "Protected" tweets do not appear in third-party search engines, and they are searchable only on Twitter, and only by the user and her approved followers.

29. A user whose account is public (i.e. not protected) but who wants to make his or her tweets invisible to another user can do so by "blocking" that user. (Twitter provides users with the capability to block other users, but, importantly, it is the users themselves who decide whether to make use of this capability.) A user who blocks another user prevents the blocked user from interacting with the first user's account on the Twitter platform.

30. A blocked user cannot see or reply to the blocking user's tweets, view the blocking user's list of followers or followed accounts, or use the Twitter platform to search for the blocking user's tweets. The blocking user will not be notified if the blocked user mentions her; nor will the blocking user see any tweets posted by the blocked user.

31. If the blocked user attempts to follow the blocking user, or to access the Twitter webpage from which the user is blocked, the user will see a message indicating that the other user has blocked him or her from following the account and viewing the tweets associated with the account. This is an example of a notification from Twitter that a user has been blocked by @mtgreenee:



32. MediasToutch received this type of "blocking" message from Greene's Twitter account. But, @mtgreenee is a designated public forum, operated by Greene, in which political speech is engaged in, disseminated, and debated, and her blocking of MeidasTouch is unconstitutional as a result.

33. Twitter users can subscribe to other users' messages by "following" those users' accounts, unless blocked. Users see all tweets posted or retweeted by accounts they have followed. This display is labeled "Home" on Twitter's site, but it is often referred to as a user's "feed."

34. Twitter permits users to establish accounts under their real names or pseudonyms. Users who want to establish that they are who they claim to be can ask Twitter to "verify" their accounts. When an account is verified, a blue badge with a checkmark appears next to the user's name on his or her Twitter page and on each tweet the user posts. Both Greene's and MeidasTouch's Twitter accounts are "verified."

35. Beyond publishing tweets to their followers, Twitter users can engage with one another in a variety of ways. For example, they can "retweet" (republish) the tweets of other users, either by publishing them directly to their own followers or by "quoting" them in their own tweets. When a user retweets a tweet, it appears on the user's timeline in the same form as it did on the original user's timeline, but with a notation indicating that the post was retweeted. This is a recent retweet by @mtgreene:



36. A Twitter user who is not blocked can also reply to other users' tweets. Like any other tweet, a reply can include photographs, videos, and links. When a user replies to a tweet, the reply appears on the user's timeline under a tab labeled "Tweets & replies." The reply will also

1 appear on the original user's feed in a "comment thread" under the tweet that prompted the reply.
2 Other users' replies to the same tweet will appear in the same comment thread.

3     37.    Reply tweets by verified users, reply tweets by users with a large number of
4 followers, and tweets that are "favorited" and retweeted by large numbers of users generally appear
5 higher in the comment threads.

6     38.    A Twitter user who is not blocked can also reply to other replies. A user whose tweet
7 generates replies will see the replies below his or her original tweet, with any replies-to-replies
8 nested below the replies to which they respond. The collection of replies and replies-to-replies is
9 sometimes referred to as a "comment thread." Twitter is called a "social" media platform in large
10 part because of comment threads, which reflect multiple overlapping conversations among and
11 across groups of users. Below is a recent @mtgreenee tweet that prompted over 16,000 replies:



26     39.    A Twitter user who is not blocked can also "favorite" or "like" another user's tweet
27 by clicking on the heart icon that appears under the tweet. By "liking" a tweet, a user may mean to
28 convey approval or to acknowledge of having seen the tweet.

12

40. A Twitter user who is not blocked can also "mention" another user by including the other user's Twitter handle in a tweet. A Twitter user mentioned by another user will receive a "notification" that he or she has been mentioned in another user's tweet.

41. Tweets, retweets, replies, likes, and mentions are controlled by the user who generates them. No other Twitter user can alter the content of any retweet or reply, either before or after it is posted. Twitter users cannot prescreen tweets, replies, likes, or mentions that reference their tweets or accounts.

42. Greene established the @mtgreenee Twitter account in 2017 to share her political views, and then used it to further and support her campaign to be the United States Representative for House District Fourteen. After her election in November 2020, and her swearing in on January 3, 2021, she began using the account as an instrument of her office and her primary account.

43. Today, Greene (and her aides) use it almost exclusively as a channel for communicating with the public about her office's policies, actions, and opinions. Because of the way she uses the account, Greene's tweets from the handle @mtgreenee have become an important source of news and information about her office (and the Government), and comment threads associated with the tweets have become important forums for speech by, to, and from Greene.

44. Greene presents the account to the public as one that she operates in her official capacity rather than her personal one. @mtgreenee is controlled completely by her in her official capacity as a United States Representative. Greene controls who may view her tweets, reply to her tweets, and view the replies to her tweets.

45. Greene describes herself in the biography section of @mtgreenee as "Congresswoman for Georgia's 14th CD". The account bears a blue badge indicating it has been verified by Twitter. Greene's account is generally accessible to the public at large without regard to political affiliation or any other limiting criteria, unless Greene or her staff blocks access. Any member of the public can view her posts. Greene has not "protected" her tweets, and anyone who wants to follow the account can do so. She has not issued any rule or statement purporting to limit (by form or subject matter) the speech of those who reply to her tweets.

46. Greene also uses @mtgreenee to publicize how she votes on legislation. For example, on January 6, 2021, the day of the Capitol Insurrection, Greene tweeted from the @mtgreenee account that she had voted *against* certifying the Electoral College results, thereby announcing to the public that she was attempting to overturn the will of the voters exercised as part of a free and fair election. A screenshot of this tweet is below:

47. Greene also uses @mtgreenee to release public statements and official policy positions. For example, on January 13th, 2021, Greene retweeted a video with her stating she would be attempting to impeach the duly elected president:



14

48. Many of Greene's tweets such as these have sparked social unrest, led to the January 6th attack on the Nation's Capitol, and have prompted calls for Greene's resignation or her expulsion. Many concerned citizens, including Plaintiff MeidasTouch, have tweeted their criticism against Greene and her views.

49. The comment threads associated with tweets from @mtgreenee are important public forums for discussion and debate about Greene, her decisions, her Q-Anon-based conspiracy theories and undemocratic venting, and her official government policy.

50. Typically, tweets from @mtgreenee generate thousands of replies, retweets, and quote tweets. Some of the replies generate an equal number of replies in turn. The @mtgreenee account is a kind of virtual town hall in which Greene and her aides use the tweet function to communicate news and information to the public, and members of the public use the reply function to respond to Greene and her aides so as to exchange views with one another.

51. Greene has blocked MeidasTouch from viewing, replying to, and participating in the reply threads of @mtgreenee because MeidasTouch criticized Greene's conspiracy theories and subsequent call for President Biden's impeachment, and has thus expelled MeidasTouch from participating in the public square.

52. MeidasTouch is actively engaged in current affairs and holding elected officials to account.

53. On January 20, 2021, Greene posted a tweet saying "#Impeach Biden" which was an inflammatory, anit-democratic call for the newly inaugurated President of the United States to be removed from office on his first day. Below is a screenshot of Greene's tweet:



15

54. Condemnation of Greene's comments was swift. Many hashtags such as "#InvestigateMarjorie" went viral on Twitter. News organizations published opinion pieces calling for Greene's resignation.

55. MeidasTouch condemned Greene's comments immediately from its Twitter account, @meidastouch. Minutes after Greene's tweet, MeidasTouch tweeted a reply to Greene:



56. MeidasTouch continued tweeting (and retweeting) criticism of the Senators and Representatives, including Greene, who voted against election certification, fanned the flames of the January 6th Insurrection, and then attempted to impeach President Biden.

57. Less than twelve hours after MeidasTouch's tweet replying to @mtgreenee and criticizing her, Greene blocked MeidasTouch from the @mtgreenee account altogether:



58. Greene blocked MeidasTouch in retaliation. Her retaliatory actions were premised on MeidasTouch's political opposition to Greene's words and actions stoking the fire of the Insurrection and continuing to promote Q-Anon conspiracy theories to mislead the public.

59. Greene's blocking of MeidasTouch was viewpoint-based. Had MeidasTouch posted in support of Greene's attempts to overturn a free and fair election, Greene would not have blocked MeidasTouch. The blocking of MeidasTouch imposes an unconstitutional restriction on its speech in a designated public forum and its right to petition the government for redress of grievances.

60. MeidasTouch can no longer view Greene's Twitter feed. It can no longer reply to Greene's tweets. And, it can no longer participate in the discussions in the replies to Greene's tweets. Each new tweet by Greene is a piece of information that MeidasTouch is foreclosed from receiving and a potential discussion (in the replies to that tweet) in which MeidasTouch cannot participate.

## CAUSE OF ACTION

### FIRST CAUSE OF ACTION

*Violation of the First Amendment of the Constitution Guaranteeing Free Speech*

61. Plaintiff hereby incorporates all other paragraphs of this Complaint as if fully set forth herein.

62. At all times relevant to this Complaint, Defendant was acting under the color of law as an elected Congressional Representative.

63. Plaintiff was engaged in First Amendment-protected speech in its posting Tweets online about Defendant and viewing Defendant's tweets.

64. Plaintiff's speech was on a matter of public concern and did not violate any law.

65. By blocking Plaintiff from her official Twitter account, Defendant Greene prevented Plaintiff from exercising its First Amendment rights, including its right to speak freely and right to receive information.

66. Defendant's blocking of Plaintiff was an improper viewpoint-based restriction on speech.

67. Defendant's official Twitter page, @mtgreenee, is a designated public forum.

68. Defendant engaged in this conduct intentionally, knowingly, willfully, wantonly, maliciously, and in reckless disregard of Plaintiff's constitutional rights.

69. Defendant's actions and/or omissions caused, directly and proximately, Plaintiff to suffer damages. The acts and inactions of Defendant caused Plaintiff damages in that it was prevented from speaking freely on a matter of public concerns, among other injuries, damages, and losses.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff MeidasTouch respectfully requests that this Court enter judgment in its favor and against Defendant Marjorie Taylor Greene, and award it all relief as allowed by law and equity, including, but not limited to the following:

a. A declaration that Defendant's viewpoint-based blocking of Plaintiff from the @mtgreenee Twitter account violates its constitutional rights;

b. An injunction requiring that Defendant unblock Plaintiff from the @mtgreenee Twitter account, and prohibiting Defendant from blocking Plaintiff from the account in the future;

c. Compensatory damages as allowed by law;

d. Punitive damages for all claims as allowed by law in an amount to be determined at trial;

e. Pre-judgment and post-judgment interest at the highest lawful rate;

f. Reasonable Attorney's fees and costs, pursuant to 28 U.S.C. § 2412; and

g. Such further relief as justice requires.

DATED: February 3, 2021

By: /S/ Ben Meiselas

GERAGOS & GERAGOS, APC
BEN MEISELAS
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 625-1600

and,

By: /S/ Michael S. Popok

MICHAEL S. POPOK
(*Pro Hac Vice* Motion Pending)
417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 542-2564
Facsimile: (212) 320-0332

Attorneys for Plaintiff, MEIDASTOUCH

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all claims and issues so triable pursuant to Federal Rule of Civil Procedure 38(a).

DATED: February 3, 2021

By: /S/ Ben Meiselas

GERAGOS & GERAGOS, APC
BEN MEISELAS
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 625-1600

and,

By: /S/ Michael S. Popok

MICHAEL S. POPOK
(*Pro Hac Vice* Motion Pending)
417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 542-2564
Facsimile: (212) 320-0332

Attorneys for Plaintiff, MEIDASTOUCH